IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State,<br><br>Defendants. | Civil Action No. 3:21-cv-299 |

**[PROPOSED] ORDER**

The United States' Motion to Consolidate (ECF No. ___) is **GRANTED**. The Court hereby **ORDERS** that this case be consolidated into *League of United Latin American Citizens v. Abbott*, No. 3:21-cv-259 (W.D. Tex.). It is **ORDERED** that all future filings be filed in *League of United Latin American Citizens v. Abbott*, No. 3:21-cv-259 (W.D. Tex.).

So **ORDERED** and **SIGNED** on this ____ day of December 2021.

_____

UNITED STATES DISTRICT JUDGE