AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff(s)*<br>v.<br>STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State<br><br>*Defendant(s)* | Civil Action No. 3:21-cv-299 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Texas
Governor Greg Abbott
Office of the Governor
State Insurance Building
1100 San Jacinto
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel J. Freeman
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue NW
Washington, DC 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jeannette J. Clack
*CLERK OF COURT*

Date: 12/06/2021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* State of Texas, Governor Greg Abbott

was received by me on *(date)* December 6th, 2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Kenny Moreland, who is designated by law to accept service of process on behalf of *(name of organization)* State of Texas, Governor Greg Abbott on *(date)* December 6th, 2021; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: December 6th, 2021

*Sarah Chambers*
Server's signature

Sarah Chambers, Legal Assistant
Printed name and title

903 San Jacinto Blvd., Suite 334, Austin, TX 78701
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff(s)*<br>v.<br>STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:21-cv-299<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Texas
Ken Paxton, Attorney General of Texas
Office of the Attorney General
300 W. 15th Street
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Daniel J. Freeman
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue NW
Washington, DC 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jeannette J. Clack
*CLERK OF COURT*

Date: 12/06/2021



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ken Paxton, Attorney General of Texas**
was received by me on *(date)* **December 6th, 2021**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Rachel Rivera** , who is
designated by law to accept service of process on behalf of *(name of organization)* **Attorney General
of Texas Ken Paxton** on *(date)* **December 6th, 2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ **0** for travel and $ **0** for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **December 6th, 2021**

*Server's signature*

**Sarah Chambers, Legal Assistant**
*Printed name and title*

**903 San Jacinto Blvd., Suite 334, Austin, Texas 78701**
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> *Plaintiff(s)* <br> v. <br> STATE OF TEXAS and JOHN SCOTT, in his official capacity as Texas Secretary of State <br><br> *Defendant(s)* | Civil Action No. 3:21-cv-299 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Scott
Secretary of State
James E. Rudder Building
1019 Brazos Street
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel J. Freeman
United States Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue NW
Washington, DC 20530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Jeannette J. Clack
*CLERK OF COURT*

Date: 12/06/2021

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __John Scott, Secretary of State__
was received by me on *(date)* __December 6th, 2021__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Venita Moss__, who is
designated by law to accept service of process on behalf of *(name of organization)* __John Scott,
Secretary of State__ on *(date)* __December 6th, 2021__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __December 6th, 2021__

__Sarah Chambers__
Server's signature

__Sarah Chambers, Legal Assistant__
Printed name and title

__903 San Jacinto Blvd., Suite 354, Austin, TX 78701__
Server's address

Additional information regarding attempted service, etc: