UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | |
| STATE OF TEXAS and JOHN SCOTT, *in his official capacity as Secretary of the State of Texas,* | § § § § § | Case No. 3:21-CV-00299-DCG |
| *Defendants.* | § § § | |

## ORDER

In light of the Defendants' "Request for Three Judges" (ECF No. 14), **IT IS ORDERED** that the Court's "Order Requiring Briefing" (ECF No. 8) is **VACATED**.

So ORDERED and SIGNED this 8th day of December 2021.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE