UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> STATE OF TEXAS and JOHN SCOTT, § <br> *in his official capacity as Secretary of the* § <br> *State of Texas*, § <br> § <br> § <br> *Defendants*. § <br> § | Case No. 3:21-CV-00299-DCG |

## ORDER CONSTITUTING THREE-JUDGE COURT

This suit requests a three-judge court. It challenges the constitutionality of the apportionment of congressional districts by the Texas Legislature and the apportionment of the Texas State House and Texas Senate, which are statewide legislative bodies. United States District Judge David C. Guaderrama has notified the chief judge of the circuit, pursuant to 28 U.S.C. § 2284(b), of the request that a three-judge court be convened. I hereby designate a circuit judge and a district judge to serve with Judge Guaderrama. The members of the three-judge court convened under 28 U.S.C. § 2284 are:

Judge Jerry E. Smith
Circuit Judge
United States Court of Appeals for the Fifth Circuit

Judge David C. Guaderrama
United States District Judge
Western District of Texas

Judge Jeffrey V. Brown
United States District Judge
Southern District of Texas

December 10, 2021

*Priscilla R. Owen*

**PRISCILLA R. OWEN, CHIEF JUDGE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**