UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § | |
| *Plaintiff,* | § § | 3:21-CV-00299-DCG-JES-JVB |
| v. | § § | **Consolidated With:** |
| **STATE OF TEXAS,** *et al.*, | § § | 3:21-cv-00259-DCG-JES-JVB |
| *Defendants.* | § § | |

## ORDER CLOSING CASE

After the United States filed the above-captioned case on December 6, 2021,[1] the Court consolidated the case with *League of United Latin American Citizens v. Abbott*, No. 3:21-cv-00259 ("*LULAC*").[2]

When the United States announced on March 5, 2025 that it no longer wished to pursue its claims, the Court issued an order on the *LULAC* case docket dismissing the United States' claims.[3] However, the above-captioned case still remains designated as an open case on the Court's docket.

Thus, for docket-management and statistical purposes, the Clerk of Court **SHALL DESIGNATE** the above-captioned case (*United States of America v. State of Texas*, No. 3:21-cv-00299) as **CLOSED**.

The consolidated case (*League of United Latin American Citizens v. Abbott*, No. 3:21-cv-00259) **SHALL REMAIN OPEN**.

---

[1] *See* Compl., ECF No. 1, at 45.

[2] *See* Order Consolidating Cases, ECF No. 17, at 1–2.

[3] *See* Order Dismissing the United States' Claims and Denying Motions as Moot at 1, *League of United Latin American Citizens v. Abbott*, No. 3:21-cv-00259 (W.D. Tex. Mar. 6, 2025), ECF No. 872.

- 2 -

**So ORDERED and SIGNED this 28th day of July 2025.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

*And on behalf of:*

| **Jerry E. Smith** | | **Jeffrey V. Brown** |
|---|---|---|
| **United States Circuit Judge** | *-and-* | **United States District Judge** |
| **U.S. Court of Appeals, Fifth Circuit** | | **Southern District of Texas** |